## IN THE UNITED STATES FEDERAL COURT
## OF NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI**  Case No. **1:17-cv-4306**
**ILONA CHIMANSKI**
**1464 Chippewa Trail**
**Wheeling IL 60090**
        **Plaintiffs**
  vs.

**FRONTIER AIRLINES, INC.**
**7001 TOWER ROAD, Denver**
**Colorado 80249**
        **Defendant**        **JURY DEMAND ON ALL COUNTS**

___

## CIVIL COVER SHEET
___

**1. Plaintiffs**: ANNA CHIMANSKI    **Defendant**: FRONTIER AIRLINES, INC.,
        ILLONA CHIMANSKI            7001 TOWER ROAD,
       1464 Chippewa Trail          Denver, Colorado 80249
       Wheeling IL 60090

**Plaintiffs Attorney**: Vladimir M. Gorokhovsky, LL.M.
        GOROKHOVSKY LAW OFFICES, LLC
       10919 N. Hedgewood Ln.,
       Mequon, WI 53092
       (414)-581-1582
       gorlawoffice@yahoo.com

**Defendants Attorneys**:  Brian Maye, Esq.
              ADLER MURPHY & McQUILLEN LLP
              20 S. Clark Street, Suite 2500
              Chicago, Illinois 60603
              Main: (312) 345-0700
              Direct: (312) 422-5798
              Facsimile: (312) 345-9860

**2. Basis of Jurisdiction**:  - **Federal Question (U.S. not a Party);**
             - 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1337;
           - Art. 33(1) of Montreal Convention for the Unification of
             Certain Rules for International Carriage by Air, May 28,
             1999.

**3. Citizenship of Parties**: Plaintiffs are citizens of State of Illinois
               Defendants are citizens of another state

4. **Nature of Suit**: **890: Other Statutory Action**: this civil action arises under the Treaty of the United States known as the Convention for the Unification of Certain Rules Relating to International Transportation by Air, concluded at Warsaw, Poland, October 12, 1929 ("Warsaw Convention"), 49 Stat. 3000, T.S. No. 876, 137 L.N.T.S. 11 (1934), reprinted in note following 49 U.S.C. § 1502 (1976) or in alternative under Article 19 of Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999 (entered into force on Nov. 4, 2003) (Montreal Convention), reprinted in S. Treaty Doc. No. 106-45.

5. **Origin**: Original Proceeding

6. **Cause of Action**: Cause of Action pursuant to the Art. 19 of the Warsaw Convention and or Articles 19 and 22(6) of the Montreal Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999.

7. **Previous Bankruptcy Matters**: NONE

8. **Requested in Complaints**: **Demand**: $10,133.39    **Jury Demand**: YES

9. **Related Case**: None

10. **This Case**: Is not a re-filing of a previously dismissed action

11. **Date**: June 7, 2017

Dated this Civil Cover Sheet on this 7th day of June 2017.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICES, L.L.C.
        Attorneys for Plaintiffs

        BY: *Vladimir M. Gorokhovsky, Esq.*
         /S/ VLADIMIR M. GOROKHOVSKY, LL.M.
         ILND TR. 10994

**P.O. Business Address:**

Gorokhovsky Law Office, LLC
10919 North Hedgewood Ln, Suite 2A
Mequon, WI 53092
Telephone: (414)-581-1582    gorlawoffice@yahoo.com