### IN THE UNITED STATES FEDERAL COURT
### OF NORTHERN DISTRICT OF ILLINOIS

ANNA CHIMANSKI, et., al.,                                                        Case No. **1:17-cv-04306**
           Plaintiff

      vs.

FRONTIER AIRLINES INC,
           Defendant
_____

### NOTICE OF ATTORNEY APPEARANCE
_____

    **PLEASE TAKE NOTICE** that the undersigned attorney is privately retained by and will appear as counsel of record for the above-named Plaintiffs, **ANNA CHIMANSKI and ILONA CHIMANSKI**, in the above-captioned civil action. Accordingly, we are respectfully requesting that all notices and all pertinent documents in this action be served on us at our law office located at: <u>10919 North Hedgewood Line, Mequon, WI 53092</u>.

    **PLEASE TAKE FURTHER NOTICE** that the undersigned counsel of record as member of bar of the United States District Court for Northern District of Illinois is hereby designated as lead trial counsel in the above-captioned matter.

    Dated on this <u>7th</u> day of <u>June</u>, 2017.

                      GOROKHOVSKY LAW OFFICE, LLC
                      Attorney for Plaintiff

                BY: *Vladimir M. Gorokhovsky, Esq.*
                  /s/ Vladimir M. Gorokhovsky, LL.M.
                  ILND TR. 10994

**P.O. Business Address**:
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Line
Mequon, WI 53092  Telephone: (414)-581-1582  gorlawoffice@yahoo.com