THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*          Case No. **1:17-cv-4306**

        **Plaintiff**

vs.

**FRONTIER AIRLINES, INC.**

        **Defendant**

_____

### CERTIFICATE OF SERVICE OF NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS AND SERVICE OF PROCESS
_____

Pursuant to Local Rule 5.5(b) the undersigned counsel of record for the above-named Plaintiffs hereby certify that on June 7, 2017 he caused a copy of the foregoing pleadings to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

        Dated this Notice on this **7th** day of **June** 2017.

                Respectfully submitted by:

                GOROKHOVSKY LAW OFFICES, LLC
                Attorney for Plaintiffs


        BY:  /s/ Vladimir M. Gorokhovsky, Esq.
                Vladimir M. Gorokhovsky, LL.M.
                ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582