# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Anna Chimanski, et al.

                          Plaintiff,

v.                                             Case No.: 1:17–cv–04306
                                                      Honorable Amy J. St. Eve

Frontier Airlines Inc

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 13, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: At the parties' request, status hearing set for 7/18/17 is stricken and reset to 8/31/17 at 8:30 a.m. Rule 26(f) Report shall be filed by 8/28/17. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.