IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNA CHIMANSKI and ILONA CHIMANSKI on behalf of themselves and all others similarly situated passengers of proposed Class,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | Case No. <u>1:17-CV-04306</u><br><br>Honorable Amy J. St. Eve |

**FRONTIER AIRLINES, INC.'S DISCLOSURE STATEMENT AND <u>NOTIFICATION AS TO AFFILIATES</u>**

Defendant Frontier Airlines, Inc., by its undersigned counsel, submits this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and states as follows:

1. Frontier Airlines Holdings, Inc. owns more than 5% of Frontier Airlines, Inc.

2. No publicly held corporation owns more than 10% of Frontier Airlines, Inc.'s common stock.

Dated: August 9, 2017            Respectfully submitted,

/s/ Brian T. Maye

Brian T. Maye
Matthew S. Dowling
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
bmaye@amm-law.com
mdowling@amm-law.com

Attorneys for Defendant Frontier Airlines, Inc.

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 9, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye