**IN THE UNITED STATES FEDERAL COURT**
**OF NORTHERN DISTRICT OF ILLINOIS**

---

| | |
|---|---|
| ANNA CHIMANSKI, *et., al.,* | Case No. <u>17-CV-4306</u> |
| **Plaintiff** | |
| vs. | HON. AMY J. ST.EVE |
| FRONTIER AIRLINES INC | |
| **Defendant** | |

---

### REQUEST FOR EARLY SETTLEMENT CONFERENCE

---

NOW COMES the above-named Plaintiffs by their counsel of record, Attorney Vladimir M. Gorkhovsky of Gorokhovsky Law Offices, LLC, and hereby respectfully requests prompt scheduling of early settlement conference in the above-captioned matter.

Dated this <u>27th</u> day of August 2017.

                                                            Respectfully submitted by
                                                            GOROKHOVSKY LAW OFFICES, LLC
                                                            Attorneys for Plaintiffs

                                                            *Vladimir M. Gorokhovsky, Esq.*
                                                     BY: <u>/s/ Vladimir M. Gorokhovsky, LL.M.</u>
                                                             ILND TR. 10994

<u>P.O. Business Address</u>:
Gorokhovsky Law Office LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com