THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*  Case No. **17-CV-4306**

        **Plaintiff**

   vs.  HON. AMY J. ST.EVE

**FRONTIER AIRLINES INC**

        **Defendant**

_____

**CERTIFICATE OF SERVICE OF
REQUEST FOR EARLY SETTLEMENT CONFERENCE**
_____

    Under penalties as provided by law and pursuant to Local Rule 5.4 and 5.5 (b) the undersigned counsel of record for the above-named plaintiff hereby certifies that the within pleadings were served via CM/ECF upon defendant's counsel, Attorney Brian T. Maye of Adler Murphy & McQuillen**,** 20 S. Clark Street, Suite 2500**,** Chicago, Illinois 60603 on **August 28,** 2017.

        Dated this Notice on this **28th** day of **August** 2017.

          Respectfully submitted by:

        GOROKHOVSKY LAW OFFICES, LLC
        Attorneys for Plaintiffs


    BY: *Vladimir Gorokhovsky, Esq*
         /s/Vladimir Gorokhovsky, LL.M.
          ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com