THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANNA CHIMANSKI,** *et., al.,* | Case No. <u>**17-CV-4306**</u> |
| **Plaintiff** | |
| vs. | **HON. AMY J. ST.EVE** |
| **FRONTIER AIRLINES INC** | |
| **Defendant** | |

**CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE 26(a)(1)**
_____

Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF upon defendant's counsel, **Attorney Emmett Michael Shaughnessy** of **Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **August 28,** 2017.

Dated this Notice on this **28th** day of **August** 2017.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICES, LLC
Attorney for Plaintiffs


BY: *Vladimir Gorokhovsky, Esq*
/s/Vladimir Gorokhovsky, LL.M.
ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com