THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

ANNA CHIMANSKI, *et., al.,*           Case No. <u>17-CV-4306</u>

        **Plaintiff**

vs.          HON. AMY J. ST.EVE

FRONTIER AIRLINES INC

        **Defendant**

---

**NOTICE OF FILING OF PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**

---

TO: Honorable Amy J. St.Eve.      TO: Emmett Michael Shaughnessy, Esq
    Everett McKinley Dirksen Building      Adler Murphy & McQuillen LLP.
    Courtroom 1241 | Chambers 1260      20 S. Clark Street, Suite 2500,
    219 South Dearborn Street      Chicago, Illinois 60603
    Chicago, Illinois 60604

      **PLEASE TAKE NOTICE** that on this <u>28th</u> date of <u>August</u> 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion to Strike Defendant's Affirmative Defenses pursuant to the Rule 12(f)(2) of Fed. R. Civil Procedure**. This Notice is duly served upon you pursuant to LR 5.4. and 5.5.

      Dated this <u>28th</u> day of <u>August</u> 2017.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICES, LLC
        Attorney for Plaintiffs

      BY: *Vladimir Gorokhovsky.Esq.*
        /s/ Vladimir Gorokhovsky, LL.M.
        ILND TR. 10994

**P.O Business Address**:
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*  Case No. **17-CV-4306**

          **Plaintiff**

    vs.  **HON. AMY J. ST.EVE**

**FRONTIER AIRLINES INC**

          **Defendant**

_____

**CERTIFICATE OF SERVICE OF
PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT
TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**

_____

Under penalties as provided by law and pursuant to Local Rule 5.3(a)(b) and 5.5(b) the undersigned certifies that the within pleadings were served via CM/ECF filling upon defendant's counsel, **Attorney Emmett Michael Shaughnessy of Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **August 28,** 2017.

        Dated this Notice on this **28th** day of **August** 2017.

                  Respectfully submitted by:

                  GOROKHOVSKY LAW OFFICES, LLC
                  Attorney for Plaintiffs

          BY: *Vladimir Gorokhovsky, Esq*
               /s/Vladimir Gorokhovsky, LL.M.
                ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com