## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ANNA CHIMANSKI, *et., al.,*                                    Case No. **17-CV-4306**

**Plaintiff**

**vs.**                                                      HON. AMY J. ST.EVE

FRONTIER AIRLINES INC

**Defendant**

---

### CERTIFICATE OF SERVICE OF
### PLAINTIFF'S MOTION TO COMPEL PRE-SUIT SETTLEMENT
### AGREEMENT

_____

Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the

undersigned certifies that the within pleadings were served via CM/ECF upon

defendant's counsel, **Attorney Emmett Michael Shaughnessy** of **Adler Murphy &**

**McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **August 28,**

2017.

Dated this Notice on this **28th** day of **August** 2017.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICES, LLC
Attorney for Plaintiffs

BY: *Vladimir Gorokhovsky, Esq*
/s/Vladimir Gorokhovsky, LL.M.
ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com