THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**ANNA CHIMANSKI**, *et., al.,*                     Case No. <u>17-CV-4306</u>

                 **Plaintiff**

         vs.                                                    **HON. AMY J. ST.EVE**

**FRONTIER AIRLINES INC**

                 **Defendant**

---

### NOTICE OF FILING OF PLAINTIFF'S MOTION TO COMPEL PRE-SUIT SETTLEMENT AGREEMENT

---

TO: Honorable Amy J. St.Eve.            TO: Emmett Michael Shaughnessy, Esq
     Everett McKinley Dirksen Building              Adler Murphy & McQuillen LLP.
     Courtroom 1241 | Chambers 1260              20 S. Clark Street, Suite 2500,
     219 South Dearborn Street                      Chicago, Illinois 60603
     Chicago, Illinois 60604

         **PLEASE TAKE NOTICE** that on this <u>28th</u> date of <u>August</u> 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion to Compel Pre- Suit Settlement Agreement**. This Notice is duly served upon you pursuant to LR 5.4. and 5.5(b).

         Dated this <u>28th</u> day of <u>August</u> 2017.

                                   Respectfully submitted by
                                   GOROKHOVSKY LAW OFFICES, LLC
                                   Attorney for Plaintiffs

                         BY: *Vladimir Gorokhovsky.Esq.*
                              /s/ Vladimir Gorokhovsky, LL.M.
                                ILND TR. 10994

**<u>P.O Business Address</u>:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
Telephone: (414)-581-1582

THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*                                         Case No. **17-CV-4306**

                **Plaintiff**

     **vs.**                                                                         **HON. AMY J. ST.EVE**

**FRONTIER AIRLINES INC**

                **Defendant**
_____

### CERTIFICATE OF SERVICE OF
### PLAINTIFF'S MOTION TO COMPEL PRE-SUIT SETTLEMENT AGREEMENT
_____

     Under penalties as provided by law and pursuant to Local Rule 5.3(a)(b) and 5.5(b) the undersigned certifies that the within pleadings were served via CM/ECF filling upon defendant's counsel, **Attorney Emmett Michael Shaughnessy of Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **August 28,** 2017.

                        Dated this Notice on this **28th** day of **August** 2017.

                                Respectfully submitted by:

                             GOROKHOVSKY LAW OFFICES, LLC
                             Attorney for Plaintiffs

                        BY: *Vladimir Gorokhovsky, Esq*
                             /s/Vladimir Gorokhovsky, LL.M.
                                ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com