THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*  Case No. **17-CV-4306**

**Plaintiff**

vs.  HON. AMY J. ST.EVE

**FRONTIER AIRLINES INC**

**Defendant**
_____

**NOTICE OF PLAINTIFF'S MOTION TO COMPEL PRE-SUIT SETTLEMENT AGREEMENT**
_____

TO: Honorable Amy J. St.Eve.    TO: Emmett Michael Shaughnessy, Esq
    Everett McKinley Dirksen Building        Adler Murphy & McQuillen LLP.
    Courtroom 1241 | Chambers 1260        20 S. Clark Street, Suite 2500,
    219 South Dearborn Street        Chicago, Illinois 60603
    Chicago, Illinois 60604

    Please take notice that on **7th** day of **September** 2017 at 9:00 A.M. or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp, Jr in the United States District Court for Northern District of Illinois, Room 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion to Compel Pre- Suit Settlement Agreement**. This Notice is duly served upon you pursuant to LR 5.4 and 5.5.

    Dated this Notice of Motion on this **28th** day of **August** 2017.

        Respectfully submitted by:
        GOROKHOVSKY LAW OFFICES, LLC
        Attorneys for Plaintiffs

        BY: *Vladimir Gorokhovsky, Esq.*
          /s/Vladimir Gorokhovsky, LL.M.
          ILND TR. 10994

**P. O. Business Address**:
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*   Case No. **17-CV-4306**

        **Plaintiff**

    vs.   **HON. AMY J. ST.EVE**

**FRONTIER AIRLINES INC**

        **Defendant**
_____

**CERTIFICATE OF SERVICE OF
PLAINTIFF'S MOTION TO COMPEL PRE-SUIT SETTLEMENT
AGREEMENT**
_____

Under penalties as provided by law and pursuant to Local Rule 5.4 and 5.5 (b) the undersigned counsel of record for the above-named plaintiff hereby certifies that the within pleadings were served via CM/ECF upon defendant's counsel, Attorney Emmett Michael Shaughnessy of Adler Murphy & McQuillen**,** 20 S. Clark Street, Suite 2500**,** Chicago, Illinois 60603 on **August 28,** 2017.

        Dated this Notice on this **28th** day of **August** 2017.

                Respectfully submitted by:

                GOROKHOVSKY LAW OFFICES, LLC
                Attorneys for Plaintiffs


        BY: *Vladimir Gorokhovsky, Esq*
            /s/Vladimir Gorokhovsky, LL.M.
              ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com