**IN THE UNITED STATES FEDERAL COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANNA CHIMANSKI and ILONA CHIMANSKI on behalf of themselves and all others similarly situated passengers of proposed Class, )))) | Case No. <u>2017-CV-04306</u> |
| ) | Honorable Amy J. St. Eve |
| Plaintiffs, )) | |
| vs. )) | |
| FRONTIER AIRLINES, INC., )) | |
| Defendant. ) | |

---

## NOTICE OF SERVICE

Please take notice that on August 28, 2017, pursuant to the Court's Standing Order Regarding Mandatory Initial Discovery Pilot Project, Frontier served on Plaintiffs its responses to mandatory initial discovery.

Dated: August 30, 2017

Respectfully submitted,

/s/ Brian T. Maye
Brian T. Maye
Emmett M. Shaughnessy
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Tel: (312) 345-0700
bmaye@amm-law.com
eshaughnessy@amm-law.com

Counsel for Frontier Airlines, Inc.

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on August 30, 2017, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                                /s/ Brian T. Maye