# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*　　　　　　　　　　　Case No. **17-CV-4306**

　　　　　　**Plaintiff**

　　vs.　　　　　　　　　　　　　　　　　　　　　　　**HON. AMY J. ST.EVE**

**FRONTIER AIRLINES INC**

　　　　　　**Defendant**
_____

### AMENDED NOTICE OF PLAINTIFF'S MOTION TO COMPEL PRE-SUIT SETTLEMENT AGREEMENT
_____

TO: Honorable Amy J. St.Eve.　　　　　　　TO: Emmett Michael Shaughnessy, Esq
　　Everett McKinley Dirksen Building　　　　　Adler Murphy & McQuillen LLP.
　　Courtroom 1241 | Chambers 1260　　　　　20 S. Clark Street, Suite 2500,
　　219 South Dearborn Street　　　　　　　　Chicago, Illinois 60603
　　Chicago, Illinois 60604

　　　Please take notice that on **12th** day of **September 2017** at 8:30 A.M. or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp, Jr in the United States District Court for Northern District of Illinois, Room 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion to Compel Pre- Suit Settlement Agreement**. This Notice is duly served upon you pursuant to LR 5.4 and 5.5.

　　　Dated this Notice of Motion on this **3rd** day of **September** 2017.

　　　　　　　　　　　　Respectfully submitted by:
　　　　　　　　　　　　GOROKHOVSKY LAW OFFICES, LLC
　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　BY:　*Vladimir Gorokhovsky, Esq.*
　　　　　　　　　　　　/s/Vladimir Gorokhovsky, LL.M.
　　　　　　　　　　　　ILND TR. 10994

**P. O. Business Address**:
10919 N. Hedgewood Ln.,
Mequon, WI 53092
 (414)-581-1582
gorlawoffice@yahoo.com

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*  Case No. **17-CV-4306**

        **Plaintiff**

    vs.  HON. AMY J. ST.EVE

**FRONTIER AIRLINES INC**

        **Defendant**

___

### CERTIFICATE OF SERVICE OF
### PLAINTIFF'S AMENDED NOTICE OF MOTION TO COMPEL PRE-SUIT SETTLEMENT AGREEMENT
___

Under penalties as provided by law and pursuant to Local Rule 5.4 and 5.5 (b) the undersigned counsel of record for the above-named plaintiff hereby certifies that the within pleadings were served via CM/ECF upon defendant's counsel, Attorney Emmett Michael Shaughnessy of Adler Murphy & McQuillen**,** 20 S. Clark Street, Suite 2500**,** Chicago, Illinois 60603 on **September 3,** 2017.

    Dated this Notice on this **3rd** day of **September** 2017.

        Respectfully submitted by:

        GOROKHOVSKY LAW OFFICES, LLC
        Attorneys for Plaintiffs

    BY: *Vladimir Gorokhovsky, Esq*
        /s/Vladimir Gorokhovsky, LL.M.
        ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com