## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI, *et., al.,***                                **Case No. 17-CV-4306**

**Plaintiff**

**vs.**                                                          **HON. AMY J. ST.EVE**

**FRONTIER AIRLINES INC**

**Defendant**

## CERTIFICATE OF SERVICE OF
## PLAINTIFF'S AMENDED NOTICE OF MOTION TO COMPEL PRE-SUIT
## SETTLEMENT AGREEMENT

Under penalties as provided by law and pursuant to Local Rule 5.5(b) and 56(1) the undersigned certifies that the within pleadings were served via CM/ECF upon defendant's counsel, **Attorney Emmett Michael Shaughnessy** of **Adler Murphy & McQuillen, 20 S. Clark Street, Suite 2500, Chicago, Illinois 60603** on **September 3rd,** 2017.

Dated this Notice on this **3rd** day of **September** 2017.

Respectfully submitted by:

GOROKHOVSKY LAW OFFICES, LLC
Attorney for Plaintiffs

BY: *Vladimir Gorokhovsky, Esq*

/s/Vladimir Gorokhovsky, LL.M.
ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com