THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI**, *et., al.,*            Case No. <u>17-CV-4306</u>

      **Plaintiff**

    vs.            **HON. AMY J. ST.EVE**

**FRONTIER AIRLINES INC**

      **Defendant**

_____

**AMENDED NOTICE OF PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE**
_____

TO: Honorable Amy J. St.Eve.       TO: Emmett Michael Shaughnessy, Esq
    Everett McKinley Dirksen Building      Adler Murphy & McQuillen LLP.
    Courtroom 1241 | Chambers 1260      20 S. Clark Street, Suite 2500,
    219 South Dearborn Street      Chicago, Illinois 60603
    Chicago, Illinois 60604

    Please take notice that on **12th** day of **September 2017** at 8:30 A.M. or as thereafter directed by this Honorable Court the undersigned counsel will appear before the Honorable John J. Tharp, Jr in the United States District Court for Northern District of Illinois, Room 1419, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion to Strike Affirmative Defenses pursuant to the Rule 12(f)(2) of Fed. R. Civil Procedure**. This Notice is duly served upon you pursuant to LR 5.4 and 5.5.

    Dated this Notice of Motion on this **3rd** day of **September** 2017.

                 Respectfully submitted by:
                 GOROKHOVSKY LAW OFFICES, LLC
                 Attorneys for Plaintiffs

             BY: *Vladimir Gorokhovsky, Esq.*
                 /s/Vladimir Gorokhovsky, LL.M.
                 ILND TR. 10994

**P. O. Business Address**:
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-1582
gorlawoffice@yahoo.com

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*             Case No. **17-CV-4306**

        **Plaintiff**

    vs.                              HON. AMY J. ST.EVE

**FRONTIER AIRLINES INC**

        **Defendant**

___

### CERTIFICATE OF SERVICE OF
### PLAINTIFF'S AMENDED NOTICE OF MOTION TO STRIKE AFFIRMATIVE
### DEFENSES PURSUANT TO RULE 12(f)(2) OF FED. R. CIV. PROCEDURE
___

Under penalties as provided by law and pursuant to Local Rule 5.4 and 5.5 (b) the undersigned counsel of record for the above-named plaintiff hereby certifies that the within pleadings were served via CM/ECF upon defendant's counsel, Attorney Emmett Michael Shaughnessy of Adler Murphy & McQuillen**,** 20 S. Clark Street, Suite 2500**,** Chicago, Illinois 60603 on **September 3,** 2017.

                Dated this Notice on this **3rd** day of **September** 2017.

                          Respectfully submitted by:

                          GOROKHOVSKY LAW OFFICES, LLC
                          Attorneys for Plaintiffs

            BY: *Vladimir Gorokhovsky, Esq*
                  /s/Vladimir Gorokhovsky, LL.M.
                  ILND TR. 10994

**P.O Business Address:**
Gorokhovsky Law Offices, LLC
10919 N. Hedgewood Ln.,
Mequon, WI 53092
(414)-581-15872
gorlawoffice@yahoo.com