# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Anna Chimanski, et al.

                        Plaintiff,

v.                                                 Case No.: 1:17–cv–04306

                                                             Honorable Amy J. St. Eve

Frontier Airlines Inc

                        Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: settlement conference.(kef, )Mailed notice.


Dated: September 12, 2017

                                                                        /s/ Amy J. St. Eve

                                                                  United States District Judge