# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Anna Chimanski, et al.

                    Plaintiff,

v.                                        Case No.: 1:17−cv−04306
                                              Honorable Amy J. St. Eve

Frontier Airlines Inc

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 12, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 9/12/2017 and continued to 11/15/2017 at 08:30 AM. Plaintiff's motion to strike [16] is denied without prejudice to refile if no settlement is reached. Plaintiff's motion to compel pre−suit settlement agreement [19] is construed as a motion for a settlement conference and is granted as to a settlement conference. The case is stayed to allow for a settlement conference to proceed. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.