UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Anna Chimanski, et al.
                    Plaintiff,

v.                                                    Case No.: 1:17–cv–04306
                                                      Honorable Amy J. St. Eve

Frontier Airlines Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 13, 2017:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert to conduct a settlement conference. Status hearing scheduled for 9/18/17 at 10:00 a.m. Prior to the status hearing, the parties shall familiarize themselves with the subjects referenced in Magistrate Judge Gilbert's Standing Order for Settlement Conference posted on the Court's website at www.ilnd.uscourts.gov/Judges as applicable to referral cases. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.