THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

**ANNA CHIMANSKI,** *et., al.,*          Case No. <u>17-CV-4306</u>

        **Plaintiff**

    vs.          **HON. AMY J. ST.EVE**

**FRONTIER AIRLINES INC**

        **Defendant**

---

**CERTIFICATE OF SERVICE OF PLAINTIFF'S MOTION FOR
ADJOURNMENT AND CONTINUANCE OF IN-COURT APPEARANCE**

---

    I hereby certify that on September 14, 2017 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

    Dated this Notice on this <u>14</u>th day of September 2017.

        Respectfully submitted by:

        GOROKHOVSKY LAW OFFICE, LLC
        Attorney for Plaintiffs


        BY: <u>/s/ Vladimir M. Gorokhovsky</u>
            Vladimir M. Gorokhovsky, LL.M.
            ILND TR.: 10994

<u>**P.O Business Address**</u>**:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln., Suite 2A
Mequon, WI 53092
(414)-581-1582