THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*  Case No. <u>17-CV-4306</u>

**Plaintiff**

vs.  HON. AMY J. ST.EVE

**FRONTIER AIRLINES INC**

**Defendant**

_____

**NOTICE OF FILING OF PLAINTIFF'S MOTION FOR ADJOURNMENT AND CONTINUANCE OF IN-COURT APPEARANCE**
_____

TO: Honorable Jeffrey T. Gilbert.  TO: Emmett Michael Shaughnessy, Esq
    Everett McKinley Dirksen Building      Adler Murphy & McQuillen LLP.
    Courtroom: 1386 | Chambers: 1366      20 S. Clark Street, Suite 2500,
    219 South Dearborn Street      Chicago, Illinois 60603
    Chicago, Illinois 60604

    **PLEASE TAKE NOTICE** that on this <u>14th</u> date of <u>September</u> 2017 the above-named plaintiff by and through its attorney has filed via ECV system the following legal document: **Plaintiff's Motion for Leave to Adjourn and Continue In-Court Appearance Scheduled for September 18, 2017**. This Notice is duly served upon you pursuant to LR 5.3, 5.4 and 5.5(b).

    Dated this <u>14th</u> day of <u>September</u> 2017.

        Respectfully submitted by
        GOROKHOVSKY LAW OFFICE, LLC
        Attorney for Plaintiffs

        BY: /s/ Vladimir M. Gorokhovsky
            Vladimir M. Gorokhovsky, LL.M.
            ILND TR.: 10994

**P.O Business Address:**
Gorokhovsky Law Office, LLC
10919 N. Hedgewood Ln., Suite 2A
Mequon, WI 53092
(414)-581-1582