THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ANNA CHIMANSKI,** *et., al.,*            Case No. <u>17-CV-4306</u>

           **Plaintiff**

     vs.                          **HON. AMY J. ST.EVE**

**FRONTIER AIRLINES INC**

           **Defendant**

---

**NOTICE OF PLAINTIFF'S MOTION FOR ADJOURNMENT AND
CONTINUANCE OF IN-COURT APPEARANCE**

---

TO: Honorable Jeffrey T. Gilbert        TO: Emmett Michael Shaughnessy, Esq
     Everett McKinley Dirksen Building           Adler Murphy & McQuillen LLP.
     Courtroom: 1386  |  Chambers: 1366     20 S. Clark Street, Suite 2500,
     219 South Dearborn Street                 Chicago, Illinois 60603
     Chicago, Illinois 60604

     Please take notice on **September 18, 2017** at 10:00 AM or as thereafter directed by this Honorable Court the undersigned counsel will appear telephonically before the Honorable Jeffrey T. Gilbert in the United States District Court for Northern District of Illinois, courtroom 1386, located at: 219 South Dearborn Street, Chicago, Illinois 60604 and present the following motion: **Plaintiff's Motion for Leave of Adjournment and Continuance of In-Court Appearance Scheduled for September 18, 2017**. This Notice is hereby served pursuant to L.R. 5.3, 5.4 and 5.5.(b).

     Dated this Notice of Motion on this <u>14th</u> day of September 2017.

                                       Respectfully submitted by
                                       GOROKHOVSKY LAW OFFICES, LLC
                                       Attorney for Plaintiff

                          BY: /s/ *Vladimir M. Gorokhovsky, Esq.*
                                       Vladimir M. Gorokhovsky, LLM.
                                       ILND TR: 10994

**P.O. Business Address**:
10919 North Hedgewood Ln., Suite 2A
Mequon, WI 53092
(414)-581-1582