## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Anna Chimanski, et al.
                    Plaintiff,

v.                                        Case No.: 1:17–cv–04306
                                          Honorable Amy J. St. Eve

Frontier Airlines Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 15, 2017:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Adjournment and Continuation of In–Court Appearance [28] is granted. At Plaintiffs' counsel's request because of an out of town trial setting, the status hearing set for 9/18/17 is reset to 9/26/17 at 10:45 a.m. The motion hearing noticed for 9/18/17 is stricken with no appearance required. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.