UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Anna Chimanski, et al.
                    Plaintiff,

v.                                    Case No.: 1:17−cv−04306
                                      Honorable Amy J. St. Eve

Frontier Airlines Inc
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2017:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: Initial status hearing held on 9/26/17 and continued to 10/31/17 at 11:30 a.m. A settlement conference is set for 11/6/17 from 1:30 p.m. to 2:30 p.m. By 10/17/17, Plaintiffs shall serve their settlement letter on Defendant, with a copy delivered to the Court, in chambers. Defendant's settlement letter shall be delivered to Plaintiffs, with a copy delivered to the Court, in chambers, on or before 10/24/17. Settlement letters are not to be filed on the CM−ECF system. Plaintiffs' counsel may appear by telephone for the status hearing on 10/31/17 with advance notice to the Court's courtroom deputy. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.