# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Anna Chimanski, et al.
                Plaintiff,

v.                                   Case No.: 1:17–cv–04306
                                            Honorable Amy J. St. Eve

Frontier Airlines Inc
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 10, 2017:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: At the Court's instance, the settlement conference set for 11/6/17 from 1:30 p.m. to 2:30 p.m. is reset to 11/6/17 from 12:30 p.m. to 1:30 p.m. This is a change in time only. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.