# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Anna Chimanski, et al.

                Plaintiff,

v.                                                   Case No.: 1:17–cv–04306

                                                           Honorable Amy J. St. Eve

Frontier Airlines Inc

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 23, 2017:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court received Plaintiffs' settlement letter in todays mail. It was due on 10/17/17 so it is six days late. Defendant's letter is due tomorrow, 10/24/17. If Defendant needs more time to respond to Plaintiffs' letter in light of its tardy delivery, Defendant can have until 10/27/17 to deliver its settlement letter to Plaintiffs and the Court. The status hearing previously set for 10/31/17 at 11:30 a.m. will proceed as scheduled.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.