UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Anna Chimanski, et al.
                    Plaintiff,

v.                                              Case No.: 1:17‑cv‑04306
                                                Honorable Amy J. St. Eve

Frontier Airlines Inc
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 31, 2017:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 10/31/17. Off the record settlement discussions held with counsel. The parties agreed to resolve the case for the number discussed off the record. Accordingly, the settlement conference set for 11/6/17 is stricken. A status hearing is set for 11/16/17 at 10:30 a.m. If a stipulation to dismiss is filed before 11/16/17, the status hearing will be stricken with no appearance required. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.