UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Anna Chimanski, et al.
                    Plaintiff,

v.                                              Case No.: 1:17−cv−04306
                                                Honorable Amy J. St. Eve

Frontier Airlines Inc
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2017:

   MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request, the status hearing set for 11/16/17 is stricken and reset to 12/7/17 at 10:15 a.m. If a stipulation to dismiss is filed before 12/7/17, the status hearing will be stricken with no appearance required. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.