UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNA CHIMANSKI and ILONA CHIMANSKI on behalf of themselves and all others similarly situated passengers of proposed Class,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | Case No. <u>2017-CV-04306</u><br><br>Honorable Amy J. St. Eve |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS CASE having been settled between the parties hereto, it is hereby stipulated and agreed by and between their undersigned counsel that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice with the parties to bear their own respective costs and attorney's fees.

| | |
|---|---|
| ADLER MURPHY & McQUILLEN LLP<br>Brian T. Maye (IL 6288778)<br>20 S. Clark Street, Suite 2500<br>Chicago, IL 60603<br>312-422-5713<br>bmaye@amm-law.com | GOROKOHOVSKY LAW OFFICE, LLC<br>Vladimir M. Gorokhovsky (WIS 1036040)<br>10919 North Hedgewood Lane<br>Milwaukee, WI 53092<br>414-581-1582<br>gorlawoffice@yahoo.com |
| /s/ Brian T. Maye<br>    Brian T. Maye | /s/ with consent of Vladimir M. Gorokhovsky<br>    Vladimir M. Gorokhovsky |
| Date: November 20, 2017 | Date: November 20, 2017 |
| Counsel for Defendant | Counsel for Plaintiffs |