## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Anna Chimanski, et al.
                              Plaintiff,

v.                                             Case No.: 1:17–cv–04306
                                               Honorable Amy J. St. Eve

Frontier Airlines Inc
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 21, 2017:

   MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the District Judge's dismissal of this case [38], all matters relating to the referral of this case have been resolved. Status hearing set for 12/7/17 before Magistrate Judge Gilbert is hereby stricken with no appearance required. Referral terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.